**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN BOLLES,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:10-2556** |
| v. | : | |
| **ONE WEST BANK, DEUTSCHE BANK NATIONAL TRUST CO.,** | : | **(JUDGE MANNION)** |
| and **BENNIE GEORGE BISH,** | : | |
| **Defendants** | : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendants' motion for judgment on the pleadings, **(Doc. No. 32)**, is **GRANTED**;

**(2)** the plaintiff's amended complaint, **(Doc. No. 3)**, is **DISMISSED** only with respect to OneWest Bank and Deutsche Bank National Trust Company;

**(3)** if determined to be appropriate, the plaintiff shall file a second amended complaint properly setting forth claims against defendants OneWest Bank and/or Deutsche Bank National Trust Company **on or before Friday, March 28, 2014**; and

**(4)** in all other respects, the scheduling order issued by the court on August 15, 2013, (Doc. No. 39), remains in effect.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  March 6, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2010 MEMORANDA\10-2556-01-ORDER.wpd